# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00114 |
| | ) | Judge Trauger |
| DOROTEO ROJAS-GONZALES | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, July 3, 2012, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 25th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge